UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BEAUTIFUL BROWS LLC** | ) | Case No. **18-66766**-JWC |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| BEAUTIFUL BROWS LLC | ) | ADVERSARY PROCEEDING |
| Plaintiff | ) | |
| | ) | NO.  19-05118 |
| VS. | ) | |
| | ) | |
| FIRST DATA CORPORATION | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DISMISSAL

I, the undersigned attorney, do hereby dismiss this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, reporting that on November 5, 2019, Trustee received the funds that were the subject of this adversary proceeding.

**JASON L. PETTIE, P.C.**

/s/
Jason L. Pettie, Special Counsel
Georgia Bar No. 574783
P.O. Box 17936
Atlanta, Georgia 30316
Phone:  404-638-5984

# CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served a copy this pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed or by email.

/s/ Jason L. Pettie

Jason L. Pettie

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, Suite 555
Atlanta, GA 30305

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Bram A. Maravent, Associate Counsel
bram.maravent@firstdata.com